The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-124-JNW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| JOSEPH D. BERGEVIN, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Joseph D. Bergevin's interest in the following:

- A sum of money (also known as a forfeiture money judgment) in the amount of $3,554,054.48, reflecting the proceeds Defendant Bergevin personally obtained from the offense of *Wire Fraud*, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

//

Order of Forfeiture - 1
*United States v. Bergevin*, CR24-124-JNW

- The proceeds of *Wire Fraud*, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In his Plea Agreement, Defendant agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), the proceeds he obtained from the commission of *Wire Fraud*, to which he entered a guilty plea (Dkt. No. 8, ¶ 14);

- In his Plea Agreement, Defendant admitted he personally obtained proceeds from the *Wire Fraud* of at least $3,554,054.48 (*Id.*, ¶¶ 9, 14).

- The forfeiture of this sum of money is personal to Defendant Bergevin and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant Bergevin's interest in a sum of money in the amount of $3,554,054.48 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $3,554,054.48; and

//

Order of Forfeiture - 2
*United States v. Bergevin*, CR24-124-JNW

1      5)      The Court will retain jurisdiction in this case for the purpose of enforcing

2  this Order, as necessary.

3

4      DATED this 29th day of October, 2024.

5

6

7

8                                                Jamal N. Whitehead
                                                 United States District Judge
9

10

11

12

13

14  Presented by:

15

16   *s/ Krista K. Bush*
    KRISTA K. BUSH
17  Assistant United States Attorney
    United States Attorney's Office
18  700 Stewart Street, Suite 5220
    Seattle, WA 98101
19  (206) 553-2242
    Fax: (206) 553-6934
20  Krista.Bush@usdoj.gov

21

22

23

24

25

26

27

Order of Forfeiture - 3
*United States v. Bergevin,* CR24-124-JNW